# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMIEN RIVERO, | ) | 3:01-CV-0549-DWH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 19, 2006 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Order to Attachment (Doc. #151) and Defendants have responded (Doc. #154).

Plaintiff's Motion for Order to Attachment (Doc. #151) is **<u>DENIED</u>** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
            Deputy Clerk