UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMIEN RIVERO, | ) | 3:01-CV-0549-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | January 10, 2008 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Plaintiff has filed a Motion Requesting Assistance from the Court for Locate the Address of Defendant Don Nixon (Doc. #203).

Although the court would like to assist Plaintiff, the only address the court had for Mr. Nixon was P.O. Box 852, McGill, Nevada, 89318, which the court has been advised is closed. See Doc. #194 attached hereto.

Since the court can be of no assistance to the Plaintiff in this matter, Plaintiff's Motion (Doc. #203) is <u>DENIED</u>.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
         Deputy Clerk